**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

**SHAWN MATHIS GILLIAM,**

**Petitioner,**

**v.** **Case No. 4:26-cv-277-AW-MJF**

**JIM WARREN, et al.,**

**Respondents.**

_________________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner has not complied with court orders, and he has not objected to the magistrate judge's report and recommendation (ECF No. 7), which recommends dismissal on that basis. It appears Petitioner has abandoned his case.

I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with court orders and failure to prosecute." The clerk will then close the file.

SO ORDERED on September 29, 2026.

s/ *Allen Winsor*
Chief United States District Judge